IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Mid Central Operating Engineers Health and Welfare Fund, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO.: 18-01169 ) |
| Walter Deemie d/b/a River City Demolition, | ) ) ) ) |
| Defendants. | |

## MOTION TO DISMISS

Now comes the Plaintiff, Mid Central Operating Engineers Health and Welfare Fund, by its attorney, David W. Stuckel, and represents to the Court that the above entitled matter has been settled between parties and therefore should be dismissed by the Court.

Respectfully submitted,

Mid Central Operating Engineers
Health and Welfare Fund, Plaintiff,

By:     s/ David W. Stuckel
        David W. Stuckel

David W. Stuckel
Harvey & Stuckel, Chtd.
101 SW Adams Street, Suite 600
Peoria, IL 61602
(309) 671-4900
dstuckel@hslaw.us